# IN THE SUPREME COURT OF THE STATE OF NEVADA

TODD MICHAEL HONEYCUTT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68511

FILED

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a direct appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant's counsel has filed a motion to voluntarily dismiss this appeal. In support of the motion, appellant's counsel has submitted an affidavit,[1] wherein counsel avers that: he spoke with appellant "and confirmed that he wishes to withdraw the instant appeal." Appellant "has received sufficient explanation of the legal effects and consequences of withdrawing the instant appeal," and appellant "has given knowing and voluntary approval of and consent to the withdrawal of the instant appeal." Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]Counsel's motion for an extension of time to file the affidavit in support of motion to withdraw the appeal is granted. The clerk shall file the affidavit received on February 19, 2016.

16-07022

cc: Hon. Michelle Leavitt, District Judge
Christopher R. Arabia
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk